Hon. Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KRISTIN WRIGHT, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No. 2:16-cv-01798-RSL<br><br>**STIPULATED AND [PROPOSED] ORDER EXTENDING DEADLINE FOR REPORTS OF FINANCIAL EXPERTS** |

## I.   STIPULATION

Plaintiff Kristin Wright ("Wright") and Defendant Progressive Northwestern Insurance Company ("Progressive"), (collectively, the "Parties"), hereby stipulate as follows, through undersigned counsel:

1. Pursuant to the Court's Minute Order Setting Trial Date and Related Dates (Dkt. at 9), the deadline for reports from expert witnesses under FRCP 26(a)(2) is currently set for June 7, 2017.

STIP AND PROPOSED ORDER EXTENDING DEADLINE – 1
S:\FILES\Wright, Kristin 16147\Motions\170601 Stip re Continuing Expert Disclosure Deadline - Final.848

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

2. In the interests of avoiding unnecessary litigation expense, the Parties hereby stipulate that the deadline for reports from financial expert witnesses should be continued by thirty (30) days from June 7, 2017 to July 7, 2017.

3. The Parties agree that this extension of time shall not affect any other deadline in the Court's Minute Order (Dkt. at 9).

DATED the 1st day of June, 2017.

By: /s/ *Eric Neal*
    Thomas Lether, WSBA #18089
    Eric Neal, WSBA # 31863
    1848 Westlake Ave. N., Ste. 100
    Seattle, WA 98109
    P: (206) 467-5444
    F: (206) 467-5544
    tlether@letherlaw.com
    eneal@letherlaw.com
    *Attorneys for Progressive*

By: /s/ *Steven Malek*
    Steven M. Malek, WSBA #28942
    CLAUSEN LAW FIRM PLLC
    701 Fifth Avenue, Suite 4400
    Seattle, WA 98104
    smalek@clausenlawfirm.com
    lisav@clausenlawfirm.com
    *Counsel for Plaintiff*

## II.   ORDER

Upon review of the Parties' Stipulation Continuing Expert Reports Deadline, and the Court's Minute Order Setting Trial Date and Related Dates (Dkt. at 9), the Court hereby issues the following ruling;

It is ORDERED that the deadline for reports from expert witnesses of June 7, 2017, shall be extended with respect to financial expert witnesses to July 7, 2017. All other deadlines set forth in the Court's Minute Order (Dkt. at 9) shall remain.

DATED the 5th day of June, 2017.



Hon. Robert S. Lasnik
United States District Judge

STIP AND ~~PROPOSED~~ ORDER EXTENDING DEADLINE – 2
S:\FILES\Wright, Kristin 16147\Motions\170601 Stip re Continuing Expert Disclosure Deadline - Final.docx

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

1  Presented by:

2

3  By: /s/ Eric Neal
    Thomas Lether, WSBA #18089
    Eric Neal, WSBA # 31863
4      1848 Westlake Ave. N., Ste. 100
    Seattle, WA 98109
5      P: (206) 467-5444
    F: (206) 467-5544
6      tlether@letherlaw.com
    eneal@letherlaw.com
7      *Attorneys for Progressive*

By: /s/ Steven Malek
    Steven M. Malek, WSBA #28942
    CLAUSEN LAW FIRM PLLC
    701 Fifth Avenue, Suite 4400
    Seattle, WA 98104
    smalek@clausenlawfirm.com
    lisav@clausenlawfirm.com
    *Counsel for Plaintiff*

STIP AND PROPOSED ORDER EXTENDING DEADLINE – 3
S:\FILES\Wright, Kristin 16147\Motions\170601 Stip re Continuing Expert Disclosure Deadline - Final.docx

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544